UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF: )
) CAUSE NUMBER 4:06MC504 CEJ
CARLETON WAYNE KEITH DAVIS )

## ORDER TO SHOW CAUSE

A certified copy of an order demonstrating the imposition of discipline upon Carleton Wayne Keith Davis by the Supreme Court of Missouri has been filed with this Court and is attached hereto. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement,

**IT IS HEREBY ORDERED** that Carleton Wayne Keith Davis shall show cause in writing within thirty days after service of this order why the same discipline ordered by the Supreme Court of Missouri should not be imposed by this Court for one or more of the reasons set forth in Local Rule 12.02 and the Rules of Disciplinary Enforcement.

_____
CAROL E. JACKSON
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 19th day of September, 2006.