UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF: )
)
)
CARLTON WAYNE KEITH DAVIS ) 4:06 MC 504 CEJ
)
)

## ORDER

This Court has been advised by receipt of a certified copy of the September 6, 2006 order of the Supreme Court of Missouri, entered in **In re: Carlton Wayne Keith Davis**, Cause No. 87901, indicating that Carlton Wayne Keith Davis has been disbarred from the practice of law by the Supreme Court of Missouri.

Carlton Wayne Keith Davis has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated September 19, 2006 directing Carlton Wayne Keith Davis to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was sent by certified mail to Respondent's last known address. The record in this matter reflects delivery of the order to the Respondent on September 25, 2006. An untimely response was filed on November 15, 2006 by counsel for Mr. Davis, stating that Mr. Davis does not oppose imposition of discipline by this Court. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Carlton Wayne Keith Davis, pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Carlton Wayne Keith Davis is disbarred and his name shall be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 11th day of December, 2006

BY THE COURT:

_____
Chief Judge Carol E. Jackson

_____
Judge Jean C. Hamilton

_____
Judge Donald J. Stohr

_____
Judge Charles A. Shaw

_____
Judge Catherine D. Perry

_____
Judge E. Richard Webber

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey